UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No. 3:05CV421 |
| vs. | | |
| | : | Judge Thomas M. Rose |
| Real Property 15 Glen Eagle Piqua, Ohio | | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS**

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related Montgomery County criminal prosecution against Mark Musselman, (2005CR05085) on the grounds that civil discovery would adversely affect the outcome of the related criminal prosecution of a related criminal case.

The Court hereby finds that civil discovery would adversely affect the outcome of the Montgomery County criminal prosecution of a related criminal case.  Consequently,  IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and all civil discovery shall be stayed until further order of the Court.

7/28/06                                          **\*s/THOMAS M. ROSE**

                                                 _____
                                                 Thomas M. Rose
                                                 United States District Judge