**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:05-CV-421 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| 15 GLEN EAGLE COURT, PIQUA, OHIO 45356, | : | |
| Defendant. | : | |

## AGREED ORDER DISMISSING DEFENDANT

The Plaintiff United States, and the Claimants, Mark and Diana Musselman and Wesbanco Bank, Inc. having agreed that:

1. The civil forfeiture action against the Defendant property listed below shall be dismissed;

2. Each party shall bear their own costs, expenses and fees including all attorneys' fees; and

3. The Court shall retain jurisdiction to enforce the terms of the parties agreement;

IT IS HEREBY ORDERED THAT:

(1) this forfeiture action against the following Defendant property,

> 15 Glen Eagle Court, Piqua, Ohio 45356 and having the following legal description: Situate in the County of Miami, in the State of Ohio and in the City of Piqua: Being Lot Number Seven Thousand Six Hundred Forty-Five (7645) in Eagles Nest Subdivision, Section One (1), in the City of Piqua, as shown on the recorded plat in Plat Book 14, Page 118 of the Plat records of Miami County, Ohio.

is hereby DISMISSED with prejudice;

(2)  Each party shall bear their own costs, expenses and fees including all attorneys' fees;

(3) The Court shall retain jurisdiction to enforce the terms of the parties agreement.

April 25, 2008                                                      **s/THOMAS M. ROSE**

                                                                                                                                                           _____
THOMAS M. ROSE
United States District Judge


s/Pamela M. Stanek                                     s/John H. Rion
PAMELA M. STANEK (0030155)         JOHN H. RION
Assistant United States Attorney              Attorney for Claimants, Mark and Diana
                                                                       Musselman


s/Todd M. Kildow per facsimile authorization 3/22/08
TODD M. KILDOW
Attorney for Claimant, Wesbanco Bank, Inc.


s/Mark Musselman
Mark Musselman


s/Diana L. Musselman
Diana L. Musselman